595-07/WLJ/DJF

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska, Jr. (WJ 0772)
Daniel J. Fitzgerald (DF 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SAMSUN LOGIX CORPORATION,

       Plaintiff,

   -against -

SEKIHYO LINE LTD.,

       Defendant.
-----------------------------------------------------------------x

07 CIV _____

**RULE 7.1 STATEMENT**

  Plaintiff SAMSUN LOGIX CORPORATION, by and through undersigned attorneys Freehill Hogan & Mahar LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated:  New York, New York
     November 28, 12007

         FREEHILL HOGAN & MAHAR, LLP
         Attorneys for Plaintiff
         SAMSUN LOGIX CORPORATION

         By: _____
         William L. Juska, Jr. (WJ 0772)
         Daniel J. Fitzgerald (DF 6313)
         80 Pine Street
         New York, NY 10005
         (212) 425-1900
         (212) 425-1901 fax

NYDOCS1/294549.1