595-07/WLJ/DJF
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900

William L. Juska, Jr. (WJ 0772)
Daniel J. Fitzgerald (DF 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SAMSUN LOGIX CORPORATION,

                Plaintiff,

-against-

SEKIHYO LINE LTD.,

                Defendant.
----------------------------------------------------------x

07 Civ. 10667 (RWS)

**STIPULATION RELEASING FUNDS
AND DISCONTINUING ACTION**

      **IT IS HEREBY STIPULATED THAT,** the Defendant having posted security, the sum of US$2,000.00, now presently under attachment pursuant to the Court's Order of Maritime Attachment and Garnishment dated November 29, 2007, and in the possession of garnishee Wachovia Bank, is hereby released and, **IT IS HEREBY** further stipulated by the undersigned attorneys for the Plaintiff herein that the action be and the same is hereby discontinued pursuant to Rule 41(A)(1) without prejudice.

Dated:   New York, New York
          January 22, 2008

NYDOCS1/297609.1

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION

BY *[signature]*
William L. Juska, Jr. (WJ 0772)
80 Pine Street
New York, New York 10005-1759
(212) 425-1900

SO ORDERED:

*[signature]*
U.S.D.J.   1-23-08

NYDOCS1/297609.1                    2